UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KAREN HUDSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Polaroid Corporation and PLR IP Holdings, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Civ. No. 0:11-cv-01482 RHK-JSM |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Karen Hudson, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby files this Notice of Voluntary Dismissal without prejudice. Each party shall bear their own costs and fees. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

DATED: August 30, 2011

REINHARDT WENDORF & BLANCHFIELD
GARRETT D. BLANCHFIELD, JR. (#209855)


s/Garett D. Blanchfield, Jr.
Garrett D. Blanchfield, Jr.

E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN  55101
Telephone:  651/287-2100
651/287-2103 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
STUART A. DAVIDSON
CULLIN A. O'BRIEN
MARK DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

LAW OFFICES OF MARC S. HENZEL
MARC S. HENZEL
431 Montgomery Avenue, Suite B
Merion Station, PA  19066
Telephone:  610/660-8000
610/660-8080 (fax)

Attorneys for Plaintiff and the Class